**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MIGUEL SUAREZ,

       Plaintiff,

v.                                  Case No:  6:15-cv-1334-Orl-40TBS

WRH REALTY SERVICES, INC.,

       Defendant.

                                     /

## ORDER

This cause is before the Court on the parties' Renewed Joint Motion for Approval of Settlement and Dismissal of this Action with Prejudice (Doc. 19) filed on January 6, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of Non-Objection was filed (Doc. 21), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed January 15, 2016 (Doc. 20), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     The Renewed Joint Motion for Approval of Settlement and Dismissal of this Action with Prejudice (Doc. 19) is **GRANTED**.

3.     The original Joint Motion for Approval of Settlement and Dismissal of this Action with Prejudice (Do. 16) is **DENIED as moot**.

4.     This case is **DISMISSED with prejudice**.

5.      The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on January 19, 2016.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties